**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**TEMPLE BAPTIST CHURCH, et al.**                                      **PLAINTIFFS**

**V.**                                                  **NO. 4:20-CV-64-DMB-JMV**

**CITY OF GREENVILLE, et al.**                                       **DEFENDANTS**

**ORDER**

On April 10, 2020, Temple Baptist Church and its pastor, Arthur Scott, filed an emergency motion for a temporary restraining order seeking to prohibit enforcement of the City of Greenville's ordinance against the church's Wednesday and Sunday drive-in church services. Doc. #5. Because the plaintiffs have filed a notice withdrawing their emergency motion, *see* Doc. #14, the emergency motion [5] shall be **TERMINATED** by the Clerk of the Court.

**SO ORDERED**, this 24th day of April, 2020.

                                                                   **/s/Debra M. Brown**
                                                                   **UNITED STATES DISTRICT JUDGE**