**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**TEMPLE BAPTIST CHURCH, et al.** PLAINTIFFS

V. NO. 4:20-CV-64-DMB-JMV

**CITY OF GREENVILLE, et al.** DEFENDANTS

## ORDER CLOSING CASE

On August 13, 2020, Temple Baptist Church and its pastor, Arthur Scott, filed a notice "voluntarily dismiss[ing] all claims against Defendant pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i)."[1] Doc. #25. Accordingly, this case is **CLOSED**.

**SO ORDERED**, this 13th day of August, 2020.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**

---

[1] The plaintiffs named two defendants in their complaint—the City of Greenville and Errick D. Simmons in his official capacity as mayor of Greenville. Doc. #1. Neither of the two defendants served an answer or motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). The defendants earlier filed a notice advising that the parties had reached a settlement disposing of *all* claims in this case. Doc. #24. Given this, and since the plaintiffs' official capacity claims against Simmons are effectively claims against the City, the Court presumes the plaintiffs' notice of dismissal, which refers only to a single defendant, intended to dismiss all claims against both defendants. If the plaintiffs intended only to dismiss a single defendant, they should notify the Court immediately.